UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MATTHEW T. CURTIS,

    Plaintiff,

v.

    Case No. 1:19-cv-112

    HONORABLE PAUL L. MALONEY

DANA NESSEL,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This is a civil rights action filed pursuant to 42 U.S.C. § 1983. Plaintiff seeks a declaratory judgment and injunctive relief. Defendant has filed a motion to dismiss. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on August 7, 2019, recommending that this Court grant the motion to dismiss, deny Plaintiff's motion for preliminary injunction, and enter judgment. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 25) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion to Dismiss (ECF No. 14) is GRANTED.

**IT IS FURTHER ORDERED** that the Motion for Preliminary Injunction (ECF No. 7) is DENIED.

A Judgment will be entered consistent with this Order.

Dated: September 4, 2019

    /s/ Paul L. Maloney
    Paul L. Maloney
    United States District Judge