UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MATTHEW T. CURTIS,

    Plaintiff,

v.

Case No. 1:19-cv-112

HONORABLE PAUL L. MALONEY

DANA NESSEL,

    Defendant.

_____/

## **JUDGMENT**

In accordance with the Order entered on this date:

**IT IS HEREBY ORDERED** that Judgment enters.

Dated: September 4, 2019                                   /s/ Paul L. Maloney
                                                                                          Paul L. Maloney
                                                                                          United States District Judge